UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOHN E. JOHNSTON and GINA JOHNSTON,

                      Plaintiffs,

    -against-

PORT AUTHORITY OF NEW YORK AND
NEW JERSEY, BRIAN SULLIVAN,
TIMOTHY MCGOVERN, SAMUEL
PLUMERI, MICHAEL MILNE, and JOSE
ALBA, individually and in their official
Capacities,

                      Defendants.

---------------------------------------------------------------X

JUDGMENT
09-CV- 4432 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 2 9 2011 ★

BROOKLYN OFFICE

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on July 28, 2011, granting defendants' motion for summary judgment in its entirety; and dismissing all of plaintiffs' claims; it is

      ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that defendants' motion for summary judgment is granted in its entirety; and that all of plaintiffs' claims are dismissed.

Dated: Brooklyn, New York
       July 29, 2011

                                                  ROBERT C. HEINEMANN
                                                  Clerk of Court